Return Date: No return date scheduled
Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

**12-Person Jury**

FILED
12/30/2019 2:11 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L014331

7886531

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

JANICE L. SCHIMMEL,              )
                                 )
            Plaintiff,           )
                                 )
    v.                           )   No.:
                                 )
DANIEL J. CARPENTER and          )   *Plaintiff Demands Trial By Jury*
DAN CARPENTER TRUCKING, LLC,     )
                                 )
            Defendants.          )

## COMPLAINT AT LAW

## COUNT I

### NEGLIGENCE – DANIEL J. CARPENTER

Plaintiff, JANICE L. SCHIMMEL, through her attorneys, KRZAK ♦ RUNDIO LAW GROUP, LLC, complaining of Defendant, DANIEL J. CARPENTER, alleges as follows:

1. On January 2, 2018, and at all times relevant hereto, Defendant, DAN CARPENTER TRUCKING, LLC, conducted business in the County of Cook, State of Illinois.

2. On January 2, 2018, and at all times relevant hereto, Defendant, DAN CARPENTER TRUCKING, LLC, was owned by Defendant, DAN CARPENTER.

3. On January 2, 2018, and at all times relevant hereto, Defendant, DAN CARPENTER TRUCKING, LLC, was managed and/or controlled by Defendant, DANIEL J. CARPENTER.

4. On and before January 2, 2018, Defendants, DANIEL J. CARPENTER and DAN CARPENTER TRUCKING, LLC, owned a certain 2002 Kenworth Truck Semi-Tractor Trailer Truck with VIN ending in 4949 (the "Truck").

1



5. On January 2, 2018, Defendant, DANIEL J. CARPENTER, operated the Truck in a generally westbound direction at or near I-90 W near mile marker 58 in Hanover Township, County of Cook, State of Illinois.

6. On January 2, 2018, Plaintiff, JANICE L. SCHIMMEL, operated a motor vehicle in a generally westbound direction on I-90 W near mile marker 58 in Hanover Township, County of Cook, State of Illinois.

7. On and before January 2, 2018, and at all times relevant hereto, Defendant, DANIEL J. CARPENTER, was a duly authorized employee and/or agent of Defendant, DAN CARPENTER TRUCKING, LLC, acting within the scope of his agency and/or employment.

8. On January 2, 2018, the Truck being operated by Defendant, DANIEL J. CARPENTER, came into contact with the vehicle operated by Plaintiff, JANICE L. SCHIMMEL.

9. On January 2, 2018, Defendant, DANIEL J. CARPENTER, owed a duty to exercise reasonable care in the operation of his motor vehicle to avoid coming into contact with other vehicles on the roadway, including but not limited to Plaintiff, JANICE L. SCHIMMEL's, vehicle.

10. On January 2, 2018, at the place aforesaid, Defendant, DANIEL J. CARPENTER, was negligent in one or more of the following respects:

    a. Failed to keep and maintain a proper lookout;

    b. Failed to decrease speed so as to avoid hitting another vehicle, in violation of the provisions of 625 ILCS 5/11-601;

    c. Failed to give audible warning with the horn when such warning was reasonably necessary to ensure safe operation of the roadway in violation of 625 ILCS 5/12-601;

    d. Disobeyed traffic control devices directing traffic to use designated lanes in violation of 625 ILCS 5/11-709(c); and

  e. Proceeded at a speed which was greater than reasonable and proper with regard to traffic conditions and the use of the highway, or which endangered the safety of persons or property in violation of 625 ILCS 5/11-601(a).

11. As a direct and proximate result of one or more of the aforesaid negligent acts or omissions of Defendant, DANIEL J. CARPENTER, Plaintiff, JANICE L. SCHIMMEL, sustained injuries of a personal and pecuniary nature.

WHEREFORE, Plaintiff, JANICE L. SCHIMMEL, prays that judgment be entered in her favor and against Defendant, DANIEL J. CARPENTER, in an amount in excess of the jurisdictional limits of the Law Division of the Circuit Court of Cook County, Illinois, plus the costs of this lawsuit.

## COUNT II

## NEGLIGENCE – DAN CARPENTER TRUCKING, LLC

Plaintiff, JANICE L. SCHIMMEL, through her attorneys, KRZAK ♦ RUNDIO LAW GROUP LLC, complaining of Defendant, DAN CARPENTER TRUCKING, LLC, alleges as follows:

1. On January 2, 2018, and at all times relevant hereto, Defendant, DAN CARPENTER TRUCKING, LLC, conducted business in the County of Cook, State of Illinois.

2. On January 2, 2018, and at all times relevant hereto, Defendant, DAN CARPENTER TRUCKING, LLC, was owned by Defendant, DANIEL J. CARPENTER.

3. On January 2, 2018, and at all times relevant hereto, Defendant, DAN CARPENTER TRUCKING, LLC, was managed and/or controlled by Defendant, DANIEL J. CARPENTER.

4. On and before January 2, 2018, Defendants, DANIEL J. CARPENTER and DAN CARPENTER TRUCKING, LLC, owned a certain 2002 Kenworth Truck Semi-Tractor Trailer Truck with VIN ending in 4949 (the "Truck").

5. On January 2, 2018, Defendant, DANIEL J. CARPENTER, operated the Truck in a generally westbound direction at or near I-90 W near mile marker 58 in Hanover Township, County of Cook, State of Illinois.

6. On January 2, 2018, Plaintiff, JANICE L. SCHIMMEL, operated a motor vehicle in a generally westbound direction on I-90 W near mile marker 58 in Hanover Township, County of Cook, State of Illinois.

7. On and before January 2, 2018, and at all times relevant hereto, Defendant, DANIEL J. CARPENTER, was a duly authorized employee and/or agent of Defendant, DAN CARPENTER TRUCKING, LLC, acting within the scope of his agency and/or employment.

8. On January 2, 2018, the Truck being operated by Defendant, DANIEL J. CARPENTER, came into contact with the vehicle operated by Plaintiff, JANICE L. SCHIMMEL.

9. On January 2, 2018, and at all times relevant hereto, Defendant, DAN CARPENTER TRUCKING, LLC, by and through its duly authorized employee and/or agent, Defendant, DANIEL J. CARPENTER, owed a duty to exercise reasonable care in the operation of its motor vehicle to avoid coming into contact with other vehicles on the roadway, including but not limited to Plaintiff, JANICE L. SCHIMMEL's, vehicle.

10. On January 2, 2018, at the place aforesaid, Defendant, DAN CARPENTER TRUCKING, LLC, by and through its duly authorized employee and/or agent, Defendant, DANIEL J. CARPENTER, was negligent in one or more of the following respects:

    a. Failed to keep and maintain a proper lookout;

4

    b.    Failed to decrease speed so as to avoid hitting another vehicle, in violation of the provisions of 625 ILCS 5/11-601;

    c.    Failed to give audible warning with the horn when such warning was reasonably necessary to ensure safe operation of the roadway in violation of 625 ILCS 5/12-601;

    d.    Disobeyed traffic control devices directing traffic to use designated lanes in violation of 625 ILCS 5/11-709(c);

    e.    Proceeded at a speed which was greater than reasonable and proper with regard to traffic conditions and the use of the highway, or which endangered the safety of persons or property in violation of 625 ILCS 5/11-601(a); and

    f.    Failed to properly train, monitor, and/or supervise its employees, drivers, and or agents.

11.    As a direct and proximate result of one or more of the aforesaid negligent acts or omissions of Defendant, DAN CARPENTER TRUCKING, LLC, by and through its duly authorized employee and/or agent, Defendant, DANIEL J. CARPENTER, Plaintiff, JANICE L. SCHIMMEL, sustained injuries of a personal and pecuniary nature.

WHEREFORE, Plaintiff, JANICE L. SCHIMMEL, prays that judgment be entered in her favor and against Defendant, DAN CARPENTER TRUCKING, LLC, in an amount in excess of the jurisdictional limits of the Law Division of the Circuit Court of Cook County, Illinois, plus the costs of this lawsuit.

*/s/ Matt Rundio*
Attorney for Plaintiff

Matthew M. Rundio
Terence P. Naughton
KRZAK • RUNDIO LAW GROUP, LLC
30 N. LaSalle St., Suite 4020
Chicago, IL 60602
(312) 736-1111
Firm I.D.: 62497
Matt@KRLawGroup.com
Terry@KRLawGroup.com

5

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JANICE L. SCHIMMEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: |
| ) | |
| DANIEL J. CARPENTER and ) | |
| DAN CARPENTER TRUCKING, LLC, ) | |
| ) | |
| Defendants. ) | |

## JURY DEMAND

The undersigned herby demands a jury trial.

_____
Attorney for Plaintiff

Matthew M. Rundio
Terence P. Naughton
KRZAK ♦ RUNDIO LAW GROUP, LLC
30 N. LaSalle St., Suite 4020
Chicago, IL 60602
(312) 736-1111
Firm I.D.: 62497
Matt@KRLawGroup.com
Terry@KRLawGroup.com

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

FILED
12/30/2019 2:11 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L014331

7886531

| | |
|---|---|
| JANICE L. SCHIMMEL, | ) |
| Plaintiff, | ) |
| v. | ) No.: |
| DANIEL J. CARPENTER and DAN CARPENTER TRUCKING, LLC, | ) |
| Defendants. | ) |

## AFFIDAVIT

I, Matthew M. Rundio, attorney for Plaintiff, JANICE L. SCHIMMEL, states under oath:

1. I am the attorney for Plaintiff in this matter.

2. The total money damages sought by Plaintiff exceed $50,000.00, exclusive of interests and costs.

_____
Attorney for Plaintiff

Matthew M. Rundio
Terence P. Naughton
KRZAK ♦ RUNDIO LAW GROUP, LLC
30 N. LaSalle St., Suite 4020
Chicago, IL 60602
(312) 736-1111
Firm I.D.: 62497
Matt@KRLawGroup.com
Terry@KRLawGroup.com

# Mark Poulakidas

**From:** Terence P. Naughton <terry@krlawgroup.com>
**Sent:** Wednesday, January 22, 2020 11:00 AM
**To:** Mark Poulakidas
**Subject:** RE: Schimmel v. Carpenter et al.
**Attachments:** 2019.12.30 CAL & Jury Demand FILED.pdf

Mark-

Any word on below? I have enclosed a copy of the Complaint. Thanks Terry



Terence P. Naughton
KRZAK RUNDIO LAW GROUP, LLC
30 N. LaSalle St.
Suite 4020
Chicago, IL 60602
(312) 736-1111
Cell: (312) 771-9901
Fax: (312) 736-1112
Terry@KRLawGroup.com
www.KRLawGroup.com

**From:** Terence P. Naughton
**Sent:** Friday, January 17, 2020 9:32 AM
**To:** mpoulakidas@hskolaw.com
**Subject:** Schimmel v. Carpenter et al.

Mark-

I think you are working on this one per Adjuster Jeff Moore who provided me with your contact. Jeff stated that you are authorized to accept service on behalf of Mr. Carpenter and his company. Can you please confirm that is the case and we can get this case moving. Thanks Terry



Terence P. Naughton
KRZAK RUNDIO LAW GROUP, LLC
30 N. LaSalle St.
Suite 4020



1

Chicago, IL 60602
(312) 736-1111
Cell: (312) 771-9901
Fax: (312) 736-1112
Terry@KRLawGroup.com
www.KRLawGroup.com

CONFIDENTIALITY NOTICE: The contents of this e-mail message and all attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail, and delete this message and its attachments. If you are not the intended recipient, do not deliver, distribute or copy this message and/or any attachments and do not disclose the contents or take any action in reliance upon the information contained in the communication or any attachments.

# Mark Poulakidas

| | |
|---|---|
| **From:** | Terence P. Naughton <terry@krlawgroup.com> |
| **Sent:** | Tuesday, February 11, 2020 2:52 PM |
| **To:** | Mark Poulakidas |
| **Subject:** | FW: Schimmel v. Carpenter et al. [3968.mgp] |
| **Attachments:** | 2020.02.11.Alias.Summons to Def. Dan Carpenter Trucking, LLC.ISSUED.pdf; 2020.02.11.Alias.Summons to Def. Daniel J. Carpenter.ISSUED.pdf; 2019.12.30 CAL & Jury Demand FILED.pdf; 2019.12.30 50K Affidavit FILED.pdf |

Mark-

Please find enclosed the Complaint and Jury Demand and summonses now that you have agreed to accept service on behalf of your clients. Thanks again. Terry



KRZAK • RUNDIO
LAW GROUP, LLC

Terence P. Naughton
KRZAK RUNDIO LAW GROUP, LLC
30 N. LaSalle St.
Suite 4020
Chicago, IL 60602
(312) 736-1111
Cell: (312) 771-9901
Fax: (312) 736-1112
Terry@KRLawGroup.com
www.KRLawGroup.com

CONFIDENTIALITY NOTICE: The contents of this e-mail message and all attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail, and delete this message and its attachments. If you are not the intended recipient, do not deliver, distribute or copy this message and/or any attachments and do not disclose the contents or take any action in reliance upon the information contained in the communication or any attachments.



2120 - Served             2121 - Served
2220 - Not Served         2221 - Not Served
2320 - Served By Mail     2321 - Served By Mail
2420 - Served By Publication  2421 - Served By Publication
Summons - Alias Summons                              (08/01/18) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

JANICE L. SCHIMMEL,

(Name all parties)    Case No. 2019 L 014331

v.
DANIEL J. CARPENTER and
DAN CARPENTER TRUCKING, LLC,

☐ SUMMONS   ☑ ALIAS SUMMONS

To each Defendant:   Daniel J. Carpenter, N5381 State Hwy 54, Black River Falls, WI 54615-5922

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons**, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 1 of 3

**Summons - Alias Summons**  (08/01/18) CCG 0001 B

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

Atty. No.: 62497

Atty Name: Krzak Rundio Law Group, LLC

Atty. for: Plaintiff

Address: 30 N. LaSalle Street, Suite 4020

City: Chicago

State: IL    Zip: 60602

Telephone: (312) 736-1111

Primary Email: Matt@KRLawGroup.com

Witness: 11th day of February, 2020

DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person):

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 2 of 3

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

- ◉ Richard J Daley Center
  50 W Washington
  Chicago, IL 60602

- ○ District 2 - Skokie
  5600 Old Orchard Rd
  Skokie, IL 60077

- ○ District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008

- ○ District 4 - Maywood
  1500 Maybrook Ave
  Maywood, IL 60153

- ○ District 5 - Bridgeview
  10220 S 76th Ave
  Bridgeview, IL 60455

- ○ District 6 - Markham
  16501 S Kedzie Pkwy
  Markham, IL 60428

- ○ Domestic Violence Court
  555 W Harrison
  Chicago, IL 60607

- ○ Juvenile Center Building
  2245 W Ogden Ave, Rm 13
  Chicago, IL 60602

- ○ Criminal Court Building
  2650 S California Ave, Rm 526
  Chicago, IL 60608

### Daley Center Divisions/Departments

- ○ Civil Division
  Richard J Daley Center
  50 W Washington, Rm 601
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ Chancery Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ Domestic Relations Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ Civil Appeals
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ Criminal Department
  Richard J Daley Center
  50 W Washington, Rm 1006
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ County Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ Probate Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ Law Division
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ Traffic Division
  Richard J Daley Center
  50 W Washington, Lower Level
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

2120 - Served          2121 - Served
2220 - Not Served      2221 - Not Served
2320 - Served By Mail  2321 - Served By Mail
2420 - Served By Publication  2421 - Served By Publication
**Summons - Alias Summons**                            (08/01/18) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

JANICE L. SCHIMMEL,

(Name all parties)   Case No. 2019 L 014331

v.
DANIEL J. CARPENTER and
DAN CARPENTER TRUCKING, LLC,

☐ SUMMONS   ☑ **ALIAS SUMMONS**

To each Defendant:   Dan Carpenter Trucking, LLC
R/A: Daniel Carpenter, N5381 State Hwy 54, Black River Falls, WI 54615-5922

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons**, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 1 of 3

| Summons - Alias Summons | (08/01/18) CCG 0001 B |
|---|---|

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

Atty. No.: 62497

Atty Name: Krzak Rundio Law Group, LLC

Atty. for: Plaintiff

Address: 30 N. LaSalle Street, Suite 4020

City: Chicago

State: IL    Zip: 60602

Telephone: (312) 736-1111

Primary Email: Matt@KRLawGroup.com

Witness 11th day of February, 2020

_____
DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person):

# CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

- ● Richard J Daley Center
  50 W Washington
  Chicago, IL 60602

- ○ District 2 - Skokie
  5600 Old Orchard Rd
  Skokie, IL 60077

- ○ District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008

- ○ District 4 - Maywood
  1500 Maybrook Ave
  Maywood, IL 60153

- ○ District 5 - Bridgeview
  10220 S 76th Ave
  Bridgeview, IL 60455

- ○ District 6 - Markham
  16501 S Kedzie Pkwy
  Markham, IL 60428

- ○ Domestic Violence Court
  555 W Harrison
  Chicago, IL 60607

- ○ Juvenile Center Building
  2245 W Ogden Ave, Rm 13
  Chicago, IL 60602

- ○ Criminal Court Building
  2650 S California Ave, Rm 526
  Chicago, IL 60608

## Daley Center Divisions/Departments

- ○ Civil Division
  Richard J Daley Center
  50 W Washington, Rm 601
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ Chancery Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ Domestic Relations Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ Civil Appeals
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ Criminal Department
  Richard J Daley Center
  50 W Washington, Rm 1006
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ County Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ Probate Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ Law Division
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ Traffic Division
  Richard J Daley Center
  50 W Washington, Lower Level
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

3968.mgp

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JANICE L. SCHIMMEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. |
| ) | |
| DANIEL J. CARPENTER and ) | |
| DAN CARPENTER TRUCKING, LLC, ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF DANIEL CARPENTER

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

1. I am named as a defendant in a Complaint at Law filed by plaintiff Janice L. Schimmel arising from a motor vehicle accident which took place on January 2, 2018. I have reviewed plaintiff's Complaint and I am familiar with the allegations contained therein.

2. Since before January 2, 2018 to the present, I have been the sole member and registered agent of defendant Dan Carpenter Trucking, LLC. This business is a Wisconsin LLC.

3. As of the January 2, 2018 accident date, I resided at N5722 State Highway 54, Black River Falls, Wisconsin 54615. After the accident, I moved my residence to N5381 State Highway 54, Black River Falls, Wisconsin 54615, and I have resided there continuously since. I do not have any plans to move my residence and I intend to reside at this address indefinitely. I consider myself to be a resident of and domiciled in the State of Wisconsin.

4. At all times relevant, Dan Carpenter Trucking, LLC has maintained its headquarters, principal place of business, and registered agent office at my home: first at N5722 State Highway 54, Black River Falls, Wisconsin 54615, and now at N5381 State Highway 54, Black River Falls, Wisconsin 54615.

Further Affiant Sayeth Not.

_____
Daniel Carpenter



Scanned by CamScanner

3968.mgp

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANICE L. SCHIMMEL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. |
| DANIEL J. CARPENTER and DAN CARPENTER TRUCKING, LLC, | ) ) ) |
| Defendants. | ) |

## AFFIDAVIT OF COREY FERTEL

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

1. I am a licensed private investigator in the State of Illinois and have been so licensed since 1998. I am over the age of 18 years old and I am not a party to the above-captioned litigation. As part of my daily job duties, I investigate and determine correct addresses of individuals and corporate entities, serve process in civil lawsuits, and provide affidavits of service for filing in federal and state courts.

2. I have investigated the residential addresses of plaintiff Janice L. Schimmel.

3. Based upon my investigation, I believe Janice L. Schimmel's current home address is 12204 Arlington Drive, Huntley, Illinois 60142. Further, I believe Janice L. Schimmel has resided at this home address continuously since before January 2, 2018 to the present. My investigation included searches of public records and utility records.

4. I have also exhausted all resources for locating any alternative residential addresses for Janice L. Schimmel. The following resources were exhausted: Aircraft ownership, Bankruptcies, Judgments & Liens, Domain Registrations, Government Employee Loans or Contracts, Merchant Vessels, National Property Ownership, Phone Directory, Pilot's License, Inmate Search, Social Security Death Index, Driver's License Search, and Professional License Search.

Further Affiant Sayeth Not.

_____
Corey Fertel



UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANICE L. SCHIMMEL, | ) |
|       Plaintiff, | ) ) ) |
| vs. | ) Case No. |
| DANIEL J. CARPENTER and DAN CARPENTER TRUCKING, LLC, | ) ) ) ) |
|       Defendants. | ) |

## AFFIDAVIT OF MARK G. POULAKIDAS

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

1. I am an attorney licensed to practice in the State of Illinois. I am lead counsel for defendants in the above-captioned action.

2. I have reviewed a Consolidated Statement of Benefits dated February 12, 2020 and received from plaintiff Janice L. Schimmel's health insurer. I understand that this Statement itemizes various medical claims the health insurer has processed regarding plaintiff's alleged injuries.

3. According to this Statement, the billed medical charges total approximately $29,600. The most recent date of service listed in this Statement is from November 2018. Therefore, I do not know whether this Statement includes all medical bills plaintiff is expected to claim in this suit or if there are additional amounts.

4. Based upon the available damages information, including the allegations in plaintiff's Complaint at Law and the corresponding Illinois S.Ct. Rule 222 Affidavit on damages executed by one of her attorneys, I believe there is a reasonable probability that the amount in controversy in this action exceeds the sum or value of $75,000.00, exclusive of interest and costs.

Further Affiant Sayeth Not.

_____
Mark G. Poulakidas

